For hearing on appeal, see 4 N. Y. Supp. 138.
Argued before VAN BRUNT, P. J., and DANIELS and BARTLETT, JJ.
No opinion. Motion for resettlement denied.

---

### *In re* DEPARTMENT OF PUBLIC PARKS.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

For hearing on appeal, see 6 N. Y. Supp. 750.
Argued before VAN BRUNT, P. J., and DANIELS, J.
No opinion.
*In re* KELLER. Motion denied.
*In re* HANFIELD. Reference ordered.
*In re* HUNT. *In re* LEVEY. *In re* ROWLAND. Order of reference signed.
*In re* McQUADE. Reference ordered; notice of proceedings to be given to the Suburban Rapid Transit Company.
*In re* HUERSTEL. Order of reference to take proof as to title granted.
*In re* MORRISON. Notice ordered to be given to owners of equity.

---

### GROSSMAN v. SUPREME LODGE KNIGHTS AND LADIES OF HONOR.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

For appeal from order refusing to resettle case on appeal, see 5 N. Y. Supp. 122.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion denied, with $10 costs.

---

### COGGESHALL v. BOHM.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

For hearing at special term, see 5 N. Y. Supp. 67.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion denied.

---

### HECKEMANN v. YOUNG.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

For hearing on exceptions, see 5 N. Y. Supp. 212.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Order to show cause granted.

---

### HEYMER v. ARTHUR.

*(Supreme Court, General Term, First Department. May 24, 1889.)*

See ante, 437.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
No opinion. Motion denied, upon payment of $10 costs.